**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2417**

PATRICK O. LOCKHART,

        Plaintiff - Appellant,

    v.

BRUCE D. WHITE, Individually and official capacity as Chief Judge of Fairfax Circuit Court,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cv-01229-LO-TCB)

Submitted: March 14, 2019                    Decided: March 18, 2019

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick O. Lockhart, Appellant Pro Se. Sheri H. Kelly, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Lockhart appeals the district court's order dismissing with prejudice Lockhart's 42 U.S.C. § 1983 (2012) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lockhart v. White*, No. 1:18-cv-01229-LO-TCB (E.D. Va. filed Oct. 1, 2018 & entered Oct. 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*